## CIVIL MINUTES -- GENERAL

Case No.   **CV 16-2373-JFW (JEMx)**                              Date: September 25, 2017

Title:   APL Co Pte Ltd, et al. -v- Draft Cargoways India Private Limited

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
                 None                                                          None

**PROCEEDINGS (IN CHAMBERS):**   **COURT ORDER VACATING STAY**

The Order Staying Litigation Until August 31, 2019 filed on August 7, 2017 [Docket No. 46] is vacated and this action is dismissed.

IT IS SO ORDERED.

Initials of Deputy Clerk   sr